# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CYNTHIA RUTHRAUFF, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> LUMINESS DIRECT, LLC, <br><br> *Defendant*. | Civil Action No. 1:18-cv-00716-AT <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Cynthia Ruthrauff ("Ruthrauff" or "Plaintiff") dismisses this lawsuit against Defendant Luminess Direct, LLC ("Luminess" or "Defendant") without prejudice.[1]

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**
(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

---

[1] Due to an administrative mistake, this matter was opened in error. Plaintiff Ruthrauff previously opened an identical case on February 16, 2018 with the case number 1:18-cv-00704-CAP. Plaintiff's counsel regrets the error.

1

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings without prejudice in accordance with Rule 41(a)(1). The claims of the unidentified putative class members, if any, are also dismissed without prejudice.

Respectfully submitted,

Dated: February 21, 2018

By:   s/ Jennifer Auer Jordan
One of Plaintiff's Attorneys

Jennifer Auer Jordan
Georgia Bar Number: 027857
(jordan@ssjwlaw.com)
Shamp Speed Jordan Woodward LLC
1718 Peachtree Street NW, Suite 660
Atlanta, Georgia 30309
Tel: 404-893-9400

2

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*Counsel for Plaintiff and the Putative
Classes*

*pro hac vice* admission to be filed

## CERTIFICATE OF SERVICE

I, Jennifer Jordan, an attorney, hereby certify that on February 21, 2018, I

served the above and foregoing papers by causing a true and accurate copy of such

paper to be filed with the Clerk of the Court and transmitted to all counsel of

record via the Court's CM/ECF electronic filing system.


    /s/   Jennifer Auer Jordan

3

## <u>LOCAL RULE 5.1 CERTIFICATION</u>

I, Jennifer Jordan, hereby certify that on February 21, 2018, I filed the above and foregoing **Notice of Voluntary Dismissal** with the Clerk of the Court and that such paper complies with Local Rule 5.1 and was prepared using a typeface of 14 points in Times New Roman.

/s/ Jennifer Auer Jordan       